**Opinion issued May 21, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00173-CV

————————————

**WEST TEXAS CEMENTERS, LLC, JESSE ULATE, AND JAMES HATTENBACH, Appellants**

**V.**

**C&J ENERGY SERVICES, INC. AND C&J SPEC-RENT SERVICES, INC., Appellees**

---

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2019-06048**

---

## MEMORANDUM OPINION

Appellants, West Texas Cementers, LLC, Jesse Ulate, and James Hattenbach,

have filed a joint unopposed motion to dismiss their appeal. *See* TEX. R. APP. P.

10.1(a)(5), 10.3(a)(2), 42.1(a)(1).  No other party has filed a notice of appeal and no opinion has issued.  *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Goodman.